United States District Court
Southern District of Texas
**ENTERED**
September 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ISMAEL GUTIERREZ-MIRELES | § § § § | |
| VS. | § | MISC. ACTION NO. 7:06-MC-53 |
| UNITED STATES OF AMERICA, *et al.* | § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's miscellaneous action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 14 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that Plaintiff's miscellaneous action should be **DISMISSED** for failure to prosecute.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED September 28, 2022, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
United States District Judge

1 / 1